01/05/2006 16:25 FAX  2123194090           PAUL HASTINGS                              ☒002/002


PaulHastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street • New York, NY 10022
telephone 212 318 6000 • facsimile 212 319 4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6022
cherylsaban@paulhastings.com

January 5, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-07
```
36619.00045

**VIA FACSIMILE 212 805 6382**

The Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Suite 414
New York, New York 10007

```
Defendants time to answer or other-
wise respond to the complaint is extended
and shall be addressed at the 9-13-06
SO ORDERED: Conference
1-5-06
DATE        VICTOR MARRERO, U.S.D.J.
```

Re:   Klein v. Fidelity National Financial, Inc. et al.
      Docket No. 06-27

Your Honor:

We represent the Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Jason Gordon, Mark Schiffman, Cheryl R. Saban, and William P. Foley, II in the above-referenced matter and are in receipt of your January 5th Order denying our request for an exception to the twenty-five page limit rule.

It is our understanding, based on your order, that at this time our time to answer or otherwise respond to the complaint of Mr. Klein has been extended and will be addressed at the conference on January 13th.

We request that you advise us if our understanding is not correct.

Respectfully submitted,

Cheryl R. Saban
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

CRS:jjl

cc:   Saul J. Klein, via Facsimile (253) 660-5052

LEGAL_US_E # 70358364.1