AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__     DISTRICT OF     __NEW YORK__

Saul J. Klein

v.

Maritoni Carasig-Carlos, et. al

**APPEARANCE**

Case Number: 06 CV 27

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Jason Gordon, Mark Schiffman, Cheryl R. Saban, William P. Foley, II, and Peter Sadowski

I certify that I am admitted to practice in this court.

January 6, 2006
Date

Signature

Jacqueline M. Ceurvels     JC-7846
Print Name     Bar Number

Paul Hastings Janofsky & Walker, 75 E. 55th St.
Address

New York     New York     10022
City     State     Zip Code

(212) 318-6000     (212) 319-4090
Phone Number     Fax Number