CHERYL R. SABAN (CS-0932)
JACQUELINE M. CEURVELS (JC-7846)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
75 E. 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*
Fidelity National Title Insurance Company
Fidelity National Financial, Inc.
Jason Gordon
Mark Schiffman
Cheryl R. Saban
William P. Foley, II
Peter Sadowski

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUL J. KLEIN,<br><br>                              Plaintiff,<br><br>- against -<br><br>MARITONI CARASIG-CARLOS, FIDELITY NATIONAL TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, FIDELITY NATIONAL FINANCIAL, INC., JASON GORDON, MARK SCHIFFMAN, CHERYL A. SABAN, WILLIAM P. FOLEY, II, and PETER SADOWSKI,<br><br>                              Defendants. | 02 CV 27 (VJM)<br><br>**NOTICE OF FILING OF NOTICE OF FILING OF NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that on January 4, 2006, defendants, Fidelity National Title Insurance Company[1], Fidelity National Financial, Inc., Jason Gordon, Mark Schiffman, Cheryl R. Saban (incorrectly named in Plaintiff's Verified Complaint as Cheryl A. Saban), William P.

---

[1] Fidelity National Title Insurance Company of New York was merged into Defendant Fidelity National Title Insurance Company in July 2004.

LEGAL_US_E # 70358695.1

Foley, II, and Peter Sadowski ("Defendants"), filed their Notice of Filing of Notice of Removal in the Supreme Court of New York, County of New York pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: January 6, 2006
      New York, New York

PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: _____
    Cheryl R. Saban (CS-0932)
    Jacqueline M. Ceurvels (JC-7846)
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*
Fidelity National Title Insurance Company
Fidelity National Financial, Inc.
Jason Gordon
Mark Schiffman
Cheryl R. Saban
William P. Foley, II
Peter Sadowski