Saul J. Klein
P.O. Box 140048
Brooklyn NY 11214
(917) 495-6910

January 13, 2006

The Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Suite 414
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-18-06

Re: Klein v. Carlos, Fidelity National Title Insurance Company, et al.
Docket No.: 06-27

Dear Justice Marrero:

I am the pro-se Plaintiff in the aforementioned matter.

Following today's conference, I am confirming by letter as requested that I am withdrawing the eleventh cause of action, without prejudice to renew in State and/or Federal court, contained in my complaint, namely the cause of action under the Family and Medical Leave Act, so that this matter can proceed in the Supreme Court of the State of New York, New York County.

Thank you kindly for your assistance with this matter.

Very truly yours,

Saul J. Klein

cc: Cheryl Saban

---

Request GRANTED. The Complaint herein is deemed amended to remove plaintiff's claim under the Family and Medical Leave Act, and thus eliminate the federal question jurisdiction upon which the case was removed to this Court. The Clerk of Court is directed to remand this action to the New York State Supreme Court, New York County, as complete diversity between the parties does not exist to support jurisdiction here.

SO ORDERED:

1-18-06
DATE       VICTOR MARRERO, U.S.D.J.